**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

MICHELLE HERNANDEZ,
 an individual,

       Plaintiff,                            CASE NO.:1:16-cv-24092-KMW

vs.

MACY'S, INC., a foreign corporation,
CITIBANK, N.A., a foreign
corporation, FDS BANK, an Ohio
corporation and MACY'S CREDIT
and CUSTOMER SERVICES, INC., a
foreign corporation,

       Defendants.

_____/

**<u>NOTICE OF SETTLEMENT</u>**

    Plaintiff MICHELLE HERNANDEZ, by and through her undersigned counsel and pursuant to the Local Rules for the Southern District of Florida, hereby notifies this Court that the parties have resolved this matter.

    DATED this 13<u>th</u> day of January, 2017.

                         Respectfully Submitted,

                         **<u>/s/ JORDAN A. SHAW</u>**
                         Jordan A. Shaw, Esq. (FBN 111771)
                         Zebersky Payne, LLP
                         110 S.E. 6th Street, Suite 2150
                         Ft. Lauderdale, Florida 33301
                         Telephone:   (954) 989-6333
                         Facsimile:   (954) 989-7781
                         E-mail:      jshaw@zpllp.com
                         E-mail:      mperez@zpllp.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this <u>13th</u> day of January, 2017, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will sent a notice to all counsel of record.

**/s/ JORDAN SHAW**
Jordan Shaw, Esq.

[1583947/1]