UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 16-cv-24092-WILLIAMS

MICHELLE HERNANDEZ,

    Plaintiff,

vs.

MACY'S, INC., CITIBANK, N.A.,
FDS BANK, and MACY'S CREDIT
AND CUSTOMER SERVICES, INC.

    Defendants.
_____/

## ORDER DISMISSING CASE

**THIS MATTER** is before the Court upon the Parties' joint stipulation for final order of dismissal with prejudice. (DE 26). Upon review of the stipulation and the record, it is hereby **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorney's fees except as otherwise agreed by the Parties. All pending motions are **DENIED AS MOOT**. All hearings, trial settings, and deadlines are **CANCELED**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 30th day of January, 2017.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE